IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

RONALD O. ANDRESEN and )
CAROLE J. ANDRESEN, Trustees of the )
Andresen Living Trust, )
)
      Plaintiffs, ) TC-MD 140449C
)
    v. )
)
YAMHILL COUNTY ASSESSOR, )
)
      Defendant. ) **FINAL DECISION OF DISMISSAL**

This Final Decision incorporates without change the court's Decision, entered

April 6, 2015. The court did not receive a statement of costs and disbursements within 14 days

after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Plaintiff's oral motion to dismiss this case.

A case management conference was scheduled for 9:00 a.m. on January 22, 2015, to

consider Plaintiffs' appeal. On February 2, 2015, the court sent notice of the scheduled case

management conference to Plaintiffs. The court's notice was not returned as undeliverable.

Plaintiffs failed to appear for the scheduled case management conference. On

February 19, 2015, the court sent Plaintiffs a letter that explained the importance of diligently

pursuing an appeal. That letter was not returned as undeliverable. The court's letter advised that

if Plaintiffs did not provide a written explanation by March 5, 2015, for their failure to appear,

the court would dismiss the appeal. Plaintiff Ronald Andresen telephoned the court on

February 23, 2015, and expressed a wish to withdraw; he stated that he would send a written

response.

/ / /

FINAL DECISION OF DISMISSAL  TC-MD 140449C           1

On March 17, 2015, the court sent a letter to Plaintiffs stating that it would grant Plaintiff Ronald Andresen's February 23, 2015, oral request and dismiss Plaintiffs' appeal if they did not provide a written statement by March 30, 2015. As of the date of this Decision of Dismissal, Plaintiffs have not submitted a written response to the court's March 17, 2015, letter. Under such circumstances, the court finds the appeal must be dismissed.  Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of May 2015.


_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was signed by Magistrate Dan Robinson on May 5, 2015.  The court filed and entered this document on May 5, 2015.*